[No. 49522-4-I. Division One. December 9, 2002.]

SNOHOMISH COUNTY, *Respondent*, v. BRUCE RUGG, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-03317-4, Joseph A. Thibodeau, J., entered July 5, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Baker, JJ. Now published at 115 Wn. App. 218.

[No. 49632-8-I. Division One. December 9, 2002.]

HEIDE RENEE CARD, ET AL., *Respondents*, v.
LORETTA BOSTWICK, *as Personal
Representative, Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-29431-0, Richard McDermott, J., entered November 9, 2001. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Schindler, JJ.

[No. 49958-1-I. Division One. December 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT ELLSWORTH
RAE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02618-2, Jay V. White, J., entered February 1, 2002. *Reversed* by unpublished per curiam opinion.

[No. 20849-4-III. Division Three. December 10, 2002.]

*In the Matter of the Parentage of* ANTONIA L. DEROSE.

THE STATE OF WASHINGTON, *on the relation of Antonia
L. DeRose, Petitioner*, v. ANTHONY W.
ROBERTS, *Respondent*.

Appeal from a judgment of the Superior Court for Asotin County, No. 89-5-00019-5, William D. Acey, J., entered January 14, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Kurtz and Kato, JJ.